# Exhibit 1

**901-359-0861**
Assigned 3/7/2014

| Date | Time | Number | Notes |
|---|---|---|---|
| 3/11/2014 | 10:52 AM | 620-263-3537 | |
| 3/13/2014 | 9:49 AM | 620-263-3537 | |
| 3/18/2014 | 12:08 PM | 620-263-3537 | |
| 3/20/2014 | 9:16 AM | 440-638-5278 | |
| 3/24/2014 | 8:20 AM | 731-345-4195 | |
| 3/25/2014 | 10:04 AM | 620-263-3537 | |
| 4/1/2014 | 8:18 AM | 620-263-3537 | |
| 4/5/2014 | 2:59 PM | 404-719-4368 | |
| 4/7/2014 | 9:19 AM | 731-345-4195 | Quit Calling this phone - nobody there |
| 4/11/2014 | 10:23 AM | 412-235-6111 | |
| 4/15/2014 | 8:57 AM | 620-263-3537 | |
| 4/17/2014 | 8:20 AM | 440-638-5278 | Quit calling this number |
| 4/18/2014 | 11:48 AM | 412-235-6111 | |
| 4/21/2014 | 1:42 PM | 731-345-4195 | Quit calling this number |
| 4/24/2014 | 10:13 AM | 440-638-5278 | |
| 4/25/2014 | 6:02 PM | 412-235-6111 | Quit calling this number hung up on me |
| 4/26/2014 | 10:35 AM | 404-719-4368 | Quit calling this number hung up on me |
| 4/28/2014 | 1:37 PM | 731-345-4195 | |
| 5/2/2014 | 10:26 AM | 412-235-6111 | Quit calling this number |
| 5/4/2014 | 5:27 PM | 205-396-3619 | |
| 5/6/2014 | 9:37 AM | 620-263-3537 | |
| 5/10/2014 | 10:32 AM | 404-719-4368 | Quit calling this number they hung up on me 2 seconds |
| 5/12/2014 | 9:40 AM | 731-345-4195 | |
| 5/16/2014 | 9:05 AM | 412-235-6111 | Quit calling this number hung up on me 2 seconds |
| 5/16/2014 | 5:22 PM | 412-235-6111 | |
| 5/20/2014 | 9:43 AM | 620-263-3537 | |
| 5/20/2014 | 6:20 PM | 620-263-3537 | |
| 5/21/2014 | 6:05 PM | 510-343-3502 | They hung up on me |
| 5/22/2014 | 4:28 PM | 440-638-5278 | |
| 5/24/2014 | 12:15 PM | 404-719-4368 | |
| 5/27/2014 | 10:01 AM | 620-263-3537 | |
| 5/27/2014 | 6:42 PM | 620-263-3537 | Quit calling this phone hung nobody there 11 seconds |
| 5/30/2014 | 4:27 PM | 440-638-5278 | Try to answer but they hung up |
| 6/2/2014 | 2:23 PM | 713-345-4195 | |
| 6/4/2014 | 6:12 PM | 510-343-3502 | Hung up when I answered |
| 6/6/2014 | 8:23 AM | 412-235-6111 | |
| 6/6/2014 | 6:33 PM | 412-235-6111 | |
| 6/7/2014 | 11:49 AM | 404-719-4368 | |
| 6/10/2014 | 10:12 AM | 620-263-3537 | |
| 6/10/2014 | 6:49 PM | 620-263-3537 | |
| 6/12/2014 | 4:05 PM | 440-638-5278 | |
| 6/13/2014 | 8:38 AM | 412-235-6111 | Quit calling this phone nobody there hung up 2 seconds |
| 6/13/2014 | 5:29 PM | 412-235-6111 | Quit calling this number look hung up on me 10 seconds |
| 6/16/2014 | 2:30 PM | 731-345-4195 | |

| Date | Time | Number | Notes |
|---|---|---|---|
| 6/19/2014 | 4:17 PM | 440-638-5278 | Quit calling this number no person there 13 seconds |
| 6/21/2014 | 11:57 AM | 404-719-4368 | |
| 6/23/2014 | 2:13 PM | 731-345-4195 | Quit calling this number hung up on me 2 seconds |
| 6/26/2014 | 4:19 PM | 440-638-5278 | |
| 6/27/2014 | 8:47 AM | 412-235-6111 | |
| 6/27/2014 | 5:32 PM | 412-235-6111 | Quit calling this phone hung up nobody there 10 seconds |
| 7/1/2014 | 9:33 AM | 620-263-3537 | Quit calling this number hung up 2 seconds |
| 7/1/2014 | 6:29 PM | 620-263-3537 | Quit calling this phone hung up on me 2 seconds |
| 7/7/2014 | 2:00 PM | 731-345-4195 | |
| 7/17/2014 | 4:44 PM | 440-638-5278 | |
| 7/19/2014 | 12:00PM | 404-719-4368 | |
| 7/21/1947 | 2:25 PM | 731-345-4195 | |
| 7/23/2014 | 5:47 PM | 510-343-3502 | |
| 7/26/2014 | 1:05 PM | 404-719-4368 | |
| 7/29/2014 | 10:37 AM | 620-263-3537 | |
| 9/24/2014 | 4:41 PM | 757-275-8991 | |
| 10/6/2014 | 5:52 PM | 731-577-4188 | |
| 10/10/2014 | 1:41 PM | 731-577-4188 | |
| 11/3/2014 | 5:08 PM | 731-577-4212 | |
| 11/11/2014 | 11:05 AM | 757-663-7884 | |

**225-747-0947**

| Date | Time | Number | Notes |
|---|---|---|---|
| 5/23/2016 | 9:30 AM | 757-819-5915 | No Msg Left |
| 5/25/2016 | 11:07 AM | 757-819-5915 | No Msg Left |
| 6/2/2016 | 11:12 AM | 205-238-6074 | No Msg Left |
| 6/8/2016 | 12:25 PM | 757-320-1591 | Answered - Nobody there - I hung up - irritating |
| 6/14/2016 | 12:22 PM | 757-320-1592 | Ans nobody there - screwed up gold trade - Angry |
| 7/8/2016 | 8:43 AM | 620-708-4298 | No Msg Left |
| 7/12/2016 | 11:54 AM | 205-379-6014 | Ans & person asked for an odd name - I told them there was nobody here by that name. Said they would delete # from list |