**FILED**

APR 0 5 2018

Clerk, U.S. District Court
Texas Eastern



**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

David E Mack
7720 McCallum Blvd.
no. 2099
Dallas, TX 75252

9590 9402 2166 6193 4184 14

2. Article Number (Transfer from service label)
7016 2070 0000 8071 1103

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____ ☐ Agent ☒ Addressee

B. Received by (Printed Name)   C. Date of Delivery
David E. Mack   3/81/18

D. Is delivery address different from item 1? ☒ Yes
   If YES, enter delivery address below: ☐ No

4:18CV142
OGP [5]

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Mail
☐ Mail Restricted Delivery
(over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053   Domestic Return Receipt