

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

FILED

SEP 1 7 2018

Clerk, U.S. District Court
Texas Eastern

| | | |
|---|---|---|
| DAVID E. MACK | § | |
| **Plaintiff,** | § | |
| | § | |
| | § | |
| vs | § | Case No. 4:18-cv-00142-ALM-CAN |
| | § | |
| PORTFOLIO RECOVERY | § | |
| ASSOCIATES, LLC | § | |
| **Defendant.** | § | |
| | § | |
| | § | |

## <u>MOTION FOR ORDER OF DISMISSAL WITH PREJUDICE</u>

Plaintiff, David E. Mack, having reached a settlement with the Defendant in the

above styled cause of action brings this Motion for an Order of Dismissal WITH

PREJUDICE and requests the Court enter such Order in the above styled action with each

party bearing their own costs.


Respectfully Submitted,

David E Mack
7720 McCallum Blvd. # 2099
Dallas, Texas 75252
972-735-9642
mack2001@swbell.net

## CERTIFICATE OF SERVICE

A true and correct copy of the foregoing document was sent to the below named party by first class USPS mail on the date below.

Signed September 17, 2018

David E Mack

Xerxes Martin
Malone Akerly Martin PLLC
North Park Central, Suite 1850
8750 North Central Expressway
Dallas, Texas 75231