# United States District Court
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| DAVID E. MACK § | |
| § | Civil Action No. 4:18-CV-142 |
| v. § | (Judge Mazzant/Judge Nowak) |
| § | |
| PORTFOLIO RECOVERY ASSOCIATES, § | |
| LLC § | |

## ORDER OF DISMISSAL

Came on to be considered this day Plaintiff David E. Mack's ("Plaintiff") "Motion for Order of Dismissal with Prejudice" (the "Motion") (Dkt. #20). Plaintiff's Motion seeks to dismiss his claims against Defendant Portfolio Recovery Associates, LLC ("Defendant") with prejudice. After considering the Motion, it is hereby

**ORDERED, ADJUDGED AND DECREED** that the entirety of Plaintiff's claims against Defendant is hereby dismissed with prejudice. Costs and attorneys' fees are taxed against the party incurring the same.

All relief not previously granted is hereby **DENIED**.

The Clerk is directed to **CLOSE** this civil action.

**IT IS SO ORDERED.**

 **SIGNED this 12th day of October, 2018.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE